**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BRAYDEN R. WARD, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> VIRGINIA POOL SERVICES, INC., *et al.*, ) <br> ) <br> *Defendants.* ) <br> ) | Civil Action No. 1:24-cv-701 |

**ORDER**

This matter is before the Court on Plaintiff Brayden R. Ward's Motion for Default Judgment against Defendants Virginia Pool Services, Inc. ("Virginia Pool"), Pool Services of Virginia, LLC ("Pool Services"), and Diana I. Vermillion ("Vermillion"), (collectively, "Defendants"), [Doc. No. 10] (the "Motion"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On August 23, 2024, the Magistrate Judge issued a report with proposed findings of fact and recommendations, [Doc. No. 16] (the "R&R"), recommending that default judgment be entered in favor of Plaintiff and against the Defendants for the trebled amount of unpaid wages, $3,861.00, along with attorneys' fees and costs in the amount of $6,600.00. *See id.* at 16–18.

The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge, and in particular, the Court emphasizes the appropriateness of the trebled award of $3,861.00 because Defendants' conduct was knowing, and because Plaintiff here is a minor. Accordingly, it hereby

**ORDERED** that the Motion [Doc. No. 10] be, and the same hereby is, **GRANTED**.

1

The Clerk is directed to enter judgment in accordance with this Order in favor of Plaintiff pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record.

Alexandria, Virginia
September 18, 2024

Anthony J. Trenga
United States District Judge